

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00803-CR

**EX PARTE** Jorge Ivan **ADRIANO VILLAGAS**

From the County Court, Kinney County, Texas
Trial Court No. 11036CR
Honorable Susan D. Reed, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED and LIFT the stay imposed on August 31, 2023.

SIGNED July 30, 2025.

_H. Todd McCray_
H. Todd McCray, Justice